IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** George, Marion

Printed: 4/8/08

Case Number: 07 B 13549
Judge: Wedoff, Eugene R
Filed: 7/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 21, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,688.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,597.32 |
| Trustee Fee: |  | 91.18 |
| Other Funds: |  | 0.00 |
| Totals: | 1,688.50 | 1,688.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 1,597.32 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 18,152.22 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 18.90 | 0.00 |
| 5. | T Mobile USA | Unsecured |  | No Claim Filed |
| 6. | Specified Credit Assoc | Unsecured |  | No Claim Filed |
| 7. | Household Card Services | Unsecured |  | No Claim Filed |
| 8. | Z-Tel Communications Inc | Unsecured |  | No Claim Filed |
| 9. | Antonio Senat MD | Unsecured |  | No Claim Filed |
| 10. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 12. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 13. | Z-Tel Communications Inc | Unsecured |  | No Claim Filed |
| 14. | Spiegel | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,171.12 | $ 1,597.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 91.18 |
|  | $ 91.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  George, Marion | Case Number:  07 B 13549 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/8/08 | Filed:  7/28/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

